# EXHIBIT D

# List of Accounts at Financial Institutions

| No. | Financial Institution Name | Account Holder |
|---|---|---|
| 1. | Ally Bank | Dan Fingerhut |
| 2. | Ally Bank | Aicel Carbonero |
| 3. | American Express | Dan Fingerhut |
| 4 | Banco General, Panama | |
| 5. | Bank of America | All In Publishing, LLC |
| 6. | Bank of America cc account | Daniel R. Fingerhut |
| 7. | Bank of America cc account | Fingerhut Group Inc. |
| 8. | Bank of America | Digital Platinum, Inc. |
| 9. | Bank of America | Fingerhut Group, Inc. |
| 10. | Bank of America | DP Management |
| 11. | Chase Credit | Dan R. Fingerhut |
| 12. | Chase Credit | Daniel R. Fingerhut |
| 13. | Chase Credit | Daniel R. Fingerhut |
| 14. | Chase Credit | Daniel R. Fingerhut |
| 15. | Chase Credit | Daniel R. Fingerhut |
| 16. | Chase Credit | Daniel R. Fingerhut |
| 17. | Chase Credit | Daniel R. Fingerhut |
| 18. | Chase Credit | Daniel R. Fingerhut |
| 19. | Chase Credit | Daniel R. Fingerhut |
| 20. | Chase Credit | Daniel R. Fingerhut |
| 21. | Chase Credit | Daniel R. Fingerhut |
| 22. | Chase Credit | Daniel R. Fingerhut |
| 23. | Chase Credit | Daniel R. Fingerhut |
| 24. | Citibank | Aicel Carbonero |
| 25. | Citibank | Aicel Carbonero DDS, PA |
| 26. | Citibank | Daniel Fingerhut |
| 27. | Citibank | Smile MIA |
| 28. | Hopoalim Bank | Digital Platinum Ltd. |
| 29. | JP Morgan Chase Bank | Aicel Carbonero |
| 30. | JP Morgan Chase Bank | Aicel Carbonero DDS, PA |
| 31. | JP Morgan Chase Bank | Dental Group Satellite Services Inc. |
| 32. | JP Morgan Chase Bank | Media Hut, Inc. |
| 33. | JP Morgan Chase Bank | Recruiting Hut, LLC |
| 34. | Mizrahi Tefahot Bank | Digital Platinum Ltd. |
| 35. | Wells Fargo | Aicel Carbonero |
| 36. | Wells Fargo | Smiles MIA |