**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

|  |  |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL FINGERHUT, DIGITAL PLATINUM, INC., DIGITAL PLATINUM, LTD., HUF MEDIYA (a.k.a HOOF MEDIA LTD.), TAL VALAROLA, and ITAY BARAK,<br><br>Defendants,<br><br>AICEL CARBONERO,<br><br>Relief Defendant. | Case No.: 1:20-cv-21887-GAYLES |

**MOTION FOR ENTRY OF DEFAULT**

To: The Clerk of the United States District Court for the Southern District of Florida:

Plaintiff United States Commodity Futures Trading Commission ("Commission"), by and through its attorneys, requests that the clerk of court enter default against Defendant Digital Platinum, Inc., pursuant to Federal Rule of Civil Procedure 55(a) in the above-captioned matter for failure to answer, plead, or otherwise defend in a timely manner. In support of this request, the Commission relies upon the record in this case noting the Defendant was served on May 11, 2020 and no response has been received.

Dated: July 28, 2020

Respectfully submitted,

ATTORNEYS FOR PLAINTIFF
COMMODITY FUTURES TRADING
COMMISSION
525 West Monroe Street, Suite 1100
Chicago, Illinois 60661
(312) 596-0714 facsimile
(312) 596-0700

*/s/ Allison V. Passman*
Allison V. Passman
Chief Trial Attorney
Special Bar ID #A5502489
apassman@cftc.gov

Candice Haan
Trial Attorney
Special Bar ID #A5502564
chaan@cftc.gov

## CERTIFICATE OF SERVICE

   The undersigned, an attorney with Plaintiff Commodity Futures Trading Commission, hereby certifies that a true and accurate copy of Plaintiff's MOTION FOR ENTRY OF DEFAULT was served on all counsel of record via the CM/ECF system, and to the registered agent of Digital Platinum, Inc. as noted below.

Digital Platinum, Inc.
c/o Jay Passerino (registered agent) (jay.passerino@gmail.com)
Email delivered June 27, 2020


Dated: July 28, 2020          Respectfully submitted,


                 /s/ Allison V. Passman
                 Chief Trial Attorney
                 ONE OF THE ATTORNEYS FOR
                 PLATINIFF COMMODITY
                 FUTURES TRADING
                 COMMISSION