# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

|  |  |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, | Case No.: 20-Civ-21887-GAYLES |
|  | Hon. Darrin P. Gayles |
| Plaintiff, |  |
| v. |  |
| DANIEL FINGERHUT, DIGITAL PLATINUM, INC., DIGITAL PLATINUM, LTD., HUF MEDIYA, LTD (a.k.a HOOF MEDIA LTD.), TAL VALARIOLA, and ITAY BARAK, |  |
| Defendants, |  |
| and |  |
| AICEL CARBONERO, |  |
| Relief Defendant. |  |

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AGAINST RELIEF DEFENDANT AICEL CARBONERO

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Plaintiff Commodity Futures Trading Commission respectfully moves for summary judgment with respect to Relief Defendant Aicel Carbonero. For the reasons set forth in the CFTC's concurrently-filed memorandum of law, there are no genuine issues of material fact and the CFTC is entitled to judgment as a matter of law. The Court should enter summary judgment in the CFTC's favor and order Carbonero to disgorge $389,460, which is the aggregate value of transfers of Defendant Daniel Fingerhut's fraud proceeds to Carbonero.

Dated: November 5, 2021.

Respectfully submitted,

*/s/ Joseph Platt*
*Counsel for Plaintiff Commodity Futures Trading Commission*

Candice Haan
Senior Trial Attorney
Special Bar ID#A5502564
chaan@cftc.gov

Joseph Platt
Trial Attorney
Special Bar ID#A5502676
jplatt@cftc.gov

Allison Passman
Chief Trial Attorney
Special Bar ID#A5502489
apassman@cftc.gov

Commodity Futures Trading Commission
Division of Enforcement
525 West Monroe Street, Suite 1100
Chicago, Illinois 60661

## CERTIFICATE OF SERVICE

      The undersigned, an attorney with Plaintiff Commodity Futures Trading Commission, hereby certifies that a true and accurate copy of CFTC's Motion For Summary Judgment Against Relief Defendant Aicel Carbonero was served on all counsel of record via the CM/ECF system.

Dated: November 5, 2021

                  /s/ Joseph C. Platt

                  ONE OF THE ATTORNEYS FOR
                  PLAINTIFF COMMODITY FUTURES
                  TRADING COMMISSION

                  Joseph C. Platt
                  Trial Attorney
                  Special Bar ID #A5502676
                  jplatt@cftc.gov