UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

|  |  |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> DANIEL FINGERHUT, DIGITAL PLATINUM, INC., DIGITAL PLATINUM, LTD., HUF MEDIYA, LTD (a.k.a HOOF MEDIA LTD.), TAL VALARIOLA, and ITAY BARAK, <br><br> Defendants, <br><br> and <br><br> AICEL CARBONERO, <br><br> Relief Defendant. | Case No.: 20-Civ-21887-GAYLES <br><br> Hon. Darrin P. Gayles |

### PLAINTIFF CFTC'S MOTION TO VACATE TRIAL DATE

Plaintiff Commodity Futures Trading Commission ("CFTC") files this motion to vacate the presently set trial date of April 11, 2022, to provide sufficient time for the parties to prepare for any trial in the event the Court denies the CFTC's pending motion for summary judgment. In support of this motion, the CFTC states:

1. On August 2, 2021, after settlement discussions between the CFTC and Relief Defendant Aicel Carbonero fizzled out, the CFTC moved the Court to reopen the case to conduct limited discovery and file a motion for summary judgment against Carbonero. (ECF No. 266.) All claims against all other non-defaulting Defendants in this action have been resolved via entry of consent orders. (*See* ECF Nos. 283, 284.)

1

2. On October 13, 2021, the Court entered a revised scheduling order that included an April 11, 2022 trial date and various pre-trial deadlines. (ECF No. 277.)

3. The CFTC filed its motion for summary judgment against Carbonero on November 5, 2021. (ECF No. 279.) Carbonero filed her first response on November 19, 2021. (ECF No. 285.) The CFTC filed its reply brief on December 3, 2021. (ECF No. 287.) Carbonero then decided she wished to file additional documents in opposition to the CFTC's motion. (*See* ECF Nos. 289, 289-1, 290, 296, 298, 298-1). After Carbonero's flurry of filings, the CFTC's motion for summary judgment has been fully briefed since February 11, 2022.

4. Given this posture, the Court stayed all pre-trial deadlines during a hearing that took place on January 12, 2022. (ECF No. 295.)

5. In light of the pending motion for summary judgment, the CFTC respectfully requests that the Court vacate the presently set April 11, 2022 trial date that remains on this case's calendar to provide sufficient time for the parties to prepare for trial in the event the Court denies the CFTC's motion for summary judgment.

**Local Rule 7.1 Certification**

Undersigned counsel contacted Carbonero's counsel to determine whether Carbonero has a position on this motion and they responded: "Opposed to vacating trial date. We are ready. However, No opposition to clarification."

Dated: March 23, 2022.

                                                  Respectfully submitted,

*/s/ Joseph Platt*
*Counsel for Plaintiff Commodity Futures*
*Trading Commission*

Candice Haan
chaan@cftc.gov

Joseph Platt
jplatt@cftc.gov

Allison Passman
apassman@cftc.gov

Commodity Futures Trading Commission
Division of Enforcement
525 West Monroe Street, Suite 1100
Chicago, Illinois 60661

## CERTIFICATE OF SERVICE

       The undersigned, an attorney with Plaintiff Commodity Futures Trading Commission, hereby certifies that a true and accurate copy of this Motion to Vacate Trial Date was served on all parties that have appeared in this case through the Court's CM/ECF filing system.

Dated:  March 23, 2022

/s/ Joseph C. Platt

ONE OF THE ATTORNEYS FOR
PLATINIFF COMMODITY FUTURES
TRADING COMMISSION

Joseph C. Platt
Trial Attorney
Special Bar ID #A5502676
jplatt@cftc.gov