UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:20-CV-21887-DPG

COMMODITIES FUTURES TRADING
COMMISSION,

    Plaintiff,

v.

DANIEL FINGERHUT,
DIGITAL PLATINUM, INC., DIGITAL
PLATINUM, LTD., HUF MEDIYA
(A/K/A HOOF MEDIA), TAL
VALARIOLA, and ITAY BARAK

    Defendants,

AICEL CARBONERO,

    Relief Defendant.

_____/

**ORDER GRANTING RECEIVER'S UNOPPOSED FIFTH INTERIM APPLICATION FOR AN ORDER APPROVING AND AUTHORIZING PAYMENT OF FEES AND EXPENSES OF RECEIVER AND HER PROFESSIONALS**

THIS CAUSE came before the Court upon the *Receiver's Unopposed Fifth Interim Application for an Order Approving and Authorizing Payment of Fees and Expenses of Receiver and Her Professionals* (the "Application") [ECF No. ____]. The Court, having reviewed the Application, noting that the fees and costs requested therein are reasonable, necessary and commensurate with the skills and experience required for the activities performed and described therein, and that no objection to the Application has been filed, and otherwise being fully advised in the matter, finds good cause to approve the Application and grant the relief requested therein.

Accordingly, it is -

**ORDERED** as follows:

    1.    The Application is **APPROVED.**

2. The total amount of fees and costs that the Receiver[1] and her Lead Counsel, Damian & Valori LLP, incurred regarding work performed fulfilling the Receiver's duties during the Application Period in the amount of $50,778.41 is hereby **APPROVED.**

3. The Receiver is **AUTHORIZED** to pay the Receiver and her Lead Counsel, Damian & Valori LLP, the amount of $50,778.41 (which total includes $47,617.00 in fees and $3,161.41 in costs) work performed fulfilling the Receiver's duties.

4. The total amount of fees and costs that the Forensic Accountants, Kapila Mukamal, LLP, incurred regarding work performed fulfilling the Receiver's duties during the Application Period in the amount of $143.96 is hereby **APPROVED**.

5. The Receiver is **AUTHORIZED** to pay to her Forensic Accountants, Kapila Mukamal, LLP, the amount of $143.96 (which total includes $127.00 in fees and $16.96 in costs) for work performed fulfilling the Receiver's duties.

6. The Court reserves final approval of all fees approved herein until such time as the Receiver is discharged of her duties in this matter and/or final disbursement of funds held by the Estate.

**DONE AND ORDERED** in the Southern District of Florida on this _____ day of _____, 2022.

_____
HONORABLE DARRIN P. GAYLES
UNITED STATES DISTRICT COURT JUDGE

Copies to:   All Counsel of Record

---

[1] Capitalized terms not defined herein shall have the same ascribed meaning as in the Application.