UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:20-cv-21887-GAYLES/OTAZO-REYES

**COMMODITY FUTURES TRADING COMMISSION**,

    Plaintiff,

v.

**DANIEL FINGERGUT, et al.**,

    Defendants.

**AICEL CARBONERO**,

    Relief Defendant.
_____/

## ORDER

**THIS CAUSE** comes before the Court upon the Receiver's Unopposed Fifth Interim Application for an Order Approving and Authorizing Payment of Fees and Expenses of Receiver and Her Professionals (the "Motion") [ECF No. 311]. The Court, having reviewed the Motion, noting that the fees and costs requested therein are reasonable, necessary and commensurate with the skills and experience required for the activities performed and described therein, and that no objection to the Motion has been filed, and otherwise being fully advised in the matter, finds good cause to approve the Motion and grant the relief requested therein.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.    The Receiver's Unopposed Fifth Interim Application for an Order Approving and Authorizing Payment of Fees and Expenses of Receiver and Her Professionals, [ECF No. 311], is **GRANTED**.

2. The total amount of fees and costs that the Receiver[1] and her Lead Counsel, Damian & Valori LLP, incurred regarding work performed fulfilling the Receiver's duties during the Application Period in the amount of $50,778.41 is hereby **APPROVED**.

3. The Receiver is **AUTHORIZED** to pay the Receiver and her Lead Counsel, Damian & Valori LLP, the amount of $50,778.41 (which total includes $47,617.00 in fees and $3,161.41 in costs) for work performed fulfilling the Receiver's duties.

4. The total amount of fees and costs that the Forensic Accountants, Kapila Mukamal, LLP, incurred regarding work performed fulfilling the Receiver's duties during the Application Period in the amount of $143.96 is hereby **APPROVED**.

5. The Receiver is **AUTHORIZED** to pay to her Forensic Accountants, Kapila Mukamal, LLP, the amount of $143.96 (which total includes $127.00 in fees and $16.96 in costs) for work performed fulfilling the Receiver's duties.

6. The Court reserves final approval of all fees approved herein until such time as the Receiver is discharged of her duties in this matter and/or final disbursement of funds held by the Estate.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 12th day of April, 2022.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

---

[1] Capitalized terms not defined herein shall have the same ascribed meaning as in the Application.