UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:20-cv-21887-GAYLES/OTAZO-REYES

COMMODITY FUTURES TRADING
COMMISSION,

    Plaintiff,

v.

**DANIEL FINGERGUT, et al.**,

    Defendants,

**AICEL CARBONERO**,

    Relief Defendant.
_____/

## FINAL JUDGMENT

**THIS CAUSE** comes before the Court on Plaintiff Commodity Futures Trading Commission's ("CFTC") Motion for Entry of Final Judgment against Relief Defendant Aicel Carbonero ("Carbonero") ("Motion") [ECF No. 336]. The Court has considered the Motion and the record and is otherwise fully advised.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that Final Judgment is entered in favor of Plaintiff CFTC and against Relief Defendant Aicel Carbonero as follows:

Carbonero shall disgorge $389,000.00, plus post-judgment interest, ("Disgorgement Obligation"), within seven days of the entry of this Final Judgment. If the Disgorgement Obligation is not paid in full within the time set forth, post-judgment interest shall accrue on the unpaid portion of the Disgorgement Obligation beginning on the date of the entry of this Final Judgment and shall be determined by using the Treasury Bill rate prevailing on the date of entry of this Final Judgment pursuant to 28 U.S.C. § 1961.

Pursuant to this Final Judgment, Carbonero shall make Disgorgement Obligation payments and any post-judgment interest payments to the Court-Appointed Receiver, Melanie E. Damian, Esq. ("Receiver"), in the name "DPL Receivership Estate" and shall send such payments by electronic funds transfer, or by U.S. postal money order, certified check, bank cashier's check, or bank money order, to the Receiver at the office of Damian & Valori LLP, 1000 Brickell Avenue, Suite 1020, Miami, Florida 33131, under a cover letter that identifies the paying Relief Defendant and the name and docket number of this proceeding. Carbonero shall simultaneously transmit copies of the cover letter and the form of payment to the Chief Financial Officer, Commodity Futures Trading Commission, Three Lafayette Centre, 1155 21st Street, NW, Washington, D.C. 20581.

The Receiver shall oversee the Disgorgement Obligation and shall have the discretion to determine the manner of distribution of such funds in an equitable fashion pursuant to the Receiver's Claims Process and Distribution Plan. *See* [ECF Nos. 301, 307]. The Court shall retain jurisdiction of this action to ensure compliance with this Final Judgment.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 10th day of May, 2023.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

cc:   All Counsel of Record